BENJAMIN B. MITCHELL et al., Appellants, *v.* ERWIN J. BALDWIN et al., Respondents.

*Mitchell* v. *Baldwin*, 145 App. Div. 951, affirmed.
(Argued February 4, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term in an action to recover upon certain promissory notes.

*Friend H. Miller* and *Judson A. Gibson* for appellants.

*E. J. Baldwin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.